UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GEORGE BARISICH, individually and on behalf of all others similarly situated, and
UNITED COMMERCIAL FISHERMAN'S ASSOCIATION, INC., individually and on behalf of all others similarly situated,

    Plaintiffs

Versus

BP, P.L.C.; BP AMERICAN PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION INC.; TRANSOCEAN, LTD.; TRANSOCEAN HOLDINGS, INC.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN DEEPWATER, INC.; ANADARKO E&P COMPANY LP; ANADARKO PETROLEUM CORPORATION; MOEX OFFSHORE 2007 LLC; CAMERON INTERNATIONAL CORPORATION; HALLIBURTON ENERGY SERVICES, INC.; and HALLIBURTON COMPANY

    Defendants

CIVIL ACTION NO. 10-01324

SECTION "J"
Judge Carl J. Barbier

DIVISION (1)
Mag. Judge Sally Shushan

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT the Motion to Transfer Pursuant to Local Rules 3.1 and 3.1.1E filed by Plaintiffs George Barisich and United Commercial Fisherman's Association, Inc.

will come on for hearing by the Honorable Carl J. Barbier, at 500 Camp Street, New Orleans, Louisiana 70130, on June 9, 2010 at 9:30 a.m.

                Respectfully submitted,

    s/James M. Garner
    **JAMES M. GARNER (# 19589)**
    **TIMOTHY B. FRANCIS (# 14973)**
    **JOSHUA S. FORCE (# 21975)**
    **SHARONDA R. WILLIAMS (# 28809)**
    **EMMA ELIZABETH ANTIN DASCHBACH (#27358)**
    Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
    909 Poydras Street, 28th Floor
    New Orleans, Louisiana 70112-1033
    Telephone:   (504) 299-2100
    Facsimile:   (504) 299-2300

    **GLADSTONE N. JONES, III (# 22221)**
    **EBERHARD D. GARRISON (# 22058)**
    **KEVIN E. HUDDELL (# 26930)**
    **H.S. BARTLETT III (# 26795)**
    **JACQUELINE A. STUMP (# 31981)**
    Jones, Swanson, Huddell & Garrison, L.L.C.
    Pan-American Life Center
    601 Poydras Street, Suite 2655
    New Orleans, LA 70130
    Telephone:   (504) 523-2500
    Facsimile:   (504) 523-2508

    **STUART H. SMITH (# 17805)**
    **MICHAEL G. STAG (# 23314)**
    Smith Stag, L.L.C.
    365 Canal Street, Suite 2850
    New Orleans, LA 70130
    Telephone:   (504) 593-9600
    Facsimile:   (504) 593-9601

    **VAL PATRICK EXNICIOS (#19563)**
    Liska, Exnicios & Nungesser
    One Canal Place 22nd Floor
    365 Canal Street, Ste. 2290
    New Orleans, LA. 70130
    Telephone:   (504) 410-9611
    Facsimile:   (504) 410-9937

## **CERTIFICATE OF SERVICE**

I hereby certify that because the defendants have not yet made an appearance in this matter, the above and foregoing pleading will be served along with the Summons and Complaint as provided for by the Federal Rules of Civil Procedure.

s/James M. Garner