UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GEORGE BARISICH, individually and** | * | |
| **on behalf of all others similarly** | * | |
| **situated, and** | * | |
| **UNITED COMMERCIAL FISHERMAN'S** | * | |
| **ASSOCIATION, INC., individually and** | * | |
| **on behalf of all others similarly** | * | |
| **situated,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | **CIVIL ACTION** |
| versus | * | |
| | * | **NO. 10-cv-01324** |
| **BP, PLC, BP AMERICAN PRODUCTION** | * | |
| **COMPANY; BP EXPLORATION &** | * | **SECTION "J"** |
| **PRODUCTION, INC., TRANSOCEAN, LTD.,** | * | **JUDGE BARBIER** |
| **TRANSOCEAN HOLDINGS, INC.;** | * | |
| **TRANSOCEAN OFFSHORE DEEPWATER** | * | **MAGISTRATE NO. 1** |
| **DRILLING, INC., TRANSOCEAN** | * | **MAG. JUDGE SHUSHAN** |
| **DEEPWATER, INC., ANADARKO E&P** | * | |
| **COMPANY, LP, ANADARKO** | * | |
| **PETROLEUM CORPORATION; MOEX** | * | |
| **OFFSHORE 2007 LLC; CAMERON** | * | |
| **INTERNATIONAL CORPORATION,** | * | |
| **HALLIBURTON ENERGY SERVICES,** | * | |
| **INC., AND HALLIBURTON COMPANY,** | * | |
| | * | |
| **Defendants.** | * | |
| ****************************************** | * | |

_____

**NOTICE OF HEARING**
_____

PLEASE TAKE NOTICE that the Motion for Stay of Proceedings Pending Transfer by the Judicial Panel on Multidistrict Litigation filed herein by Defendant Halliburton Energy Services, Inc., will be brought on for hearing before the Honorable District Judge Barbier on the 9th day of June, 2010 at 9:30 a.m., at the United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans, LA 70130.

**Respectfully Submitted,**

**GODWIN RONQUILLO PC**

**By:** /s/  Donald E. Godwin
Donald E. Godwin, T.A. *pending pro hac vice admission*
dgodwin@godwinronquillo.com
Bruce W. Bowman, Jr.
bbowman@godwinronquillo.com
Jenny L. Martinez
jmartinez@godwinronquillo.com

1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
Telephone: 214.939.4400
Facsimile: 214.760.7332

and

R. Alan York
ayork@godwinronquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  713.595.8300
Facsimile:  713.425.7594

and

 /s/   Katharine R. Colletta
Katharine R. Colletta, #27552
Daniel A. Tadros, #21906
Derek A. Walker, #13175
Alan R. Davis, #31694
Adelaida J. Ferchmin, #29859
**CHAFFE McCALL L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: 504.585.7000
Facsimile: 504.585.7075

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that I have on this 14th day of May, 2010, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system. I also certify that I have mailed this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

                                                        /s/ Katharine R. Colletta  
                                                       Katharine R. Colletta