UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GEORGE BARISICH, individually and on behalf of all others similarly situated, and UNITED COMMERCIAL FISHERMAN'S ASSOCIATION, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>Versus<br><br>BP, P.L.C.;<br><br>Defendants | CIVIL ACTION NO. 10-01324<br><br>SECTION "J"<br>Judge Carl J. Barbier<br><br>DIVISION (1)<br>Mag. Judge Sally Shushan |

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT the Motion For Court Supervision Or, Alternatively, To Appoint Special Master filed by Plaintiffs will come on for hearing by the Honorable Carl J. Barbier, at 500 Camp Street, New Orleans, Louisiana 70130, on June 9, 2010 at 9:30 a.m. Plaintiff has requested an expedited hearing such that this hearing date may be set an earlier date.

Respectfully submitted,

/s/James M. Garner
JAMES M. GARNER (# 19589)
TIMOTHY B. FRANCIS (# 14973)
JOSHUA S. FORCE (# 21975)
SHARONDA R. WILLIAMS (# 28809)
EMMA ELIZABETH ANTIN DASCHBACH (#27358)
Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033
Telephone:   (504) 299-2100
Facsimile:    (504) 299-2300

GLADSTONE N. JONES, III (# 22221)
EBERHARD D. GARRISON (# 22058)
KEVIN E. HUDDELL (# 26930)
H.S. BARTLETT III (# 26795)
JACQUELINE A. STUMP (# 31981)
Jones, Swanson, Huddell & Garrison, L.L.C.
Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, LA 70130
Telephone:   (504) 523-2500
Facsimile:    (504) 523-2508

STUART H. SMITH (# 17805)
MICHAEL G. STAG (# 23314)
Smith Stag, L.L.C.
365 Canal Street, Suite 2850
New Orleans, LA 70130
Telephone:   (504) 593-9600
Facsimile:    (504) 593-9601

VAL PATRICK EXNICIOS (#19563)
Liska, Exnicios & Nungesser
One Canal Place 22nd Floor
365 Canal Street, Ste. 2290
New Orleans, LA. 70130
Telephone:   (504) 410-9611
Facsimile:    (504) 410-9937

**THOMAS E. BILEK**, TX Bar # 02313525
**KELLY COX BILEK**, TX Bar # 00786286
The Bilek Law Firm, L.L.P.
808 Travis, Suite 802
Houston, Texas 77002
Telephone:   (713) 227-7720
Facsimile:    (713) 227-9404

**FREDERICK T. KUYKENDALL III**
(Ala. Bar # ASB-4462-A59F)
Kuykendall & Associates, LLC
P.O. Box 2129
Fairhope, Alabama 36533
Telephone:   (205) 453-0060
Facsimile:    (205) 453-0042

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on all counsel of record through this Court's electronic filing and notification system, this 15th day of May, 2010.

s/James M. Garner