UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GEORGE BARISICH, individually and on behalf of all others similarly situated, and UNITED COMMERCIAL FISHERMAN'S ASSOCIATION, INC., individually and on behalf of all others similarly situated | * * * | CIVIL ACTION<br><br>NO.  CV-10-CV-01324<br><br>SECTION "J" |
| versus | * | DIVISION "1" |
| BP, P.L.C.; BP AMERICAN PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION INC.; TRANSOCEAN, LTD.; TRANSOCEAN HOLDINGS, INC.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN DEEPWATER, INC., ANADARKO E&P COMPANY LP; ANADARKO PETROLEUM CORPORATION; MOEX OFFSHORE 2007 LLC; CAMERON INTERNATIONAL CORPORATION;  HALLIBURTON ENERGY SERVICES, INC.; and HALLIBURTON COMPANY | * * * * * * | JUDGE  CARL J. BARBIER<br><br>MAGISTRATE<br>SALLY SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that BP Exploration & Production Inc. and BP America Production Company shall bring on for hearing their Motion to Quash before the Honorable Sally Shushan at the United States District Courthouse for the Eastern District of Louisiana, 500

Poydras Street, New Orleans, Louisiana, 70130 at 9:00 a.m. on the 9th day of June, 2010, or as soon thereafter as counsel may be heard.

        Respectfully submitted,

        /s/ Don K. Haycraft
        Donald R. Abaunza (Bar #2273)
        R. Keith Jarrett (Bar #16984)
        Don K. Haycraft (Bar #14361)
        Jonathan A. Hunter (Bar #18619)
        Mark D. Latham (Bar #19673)
        Robert E. Holden (Bar #6935)
        LISKOW & LEWIS
        One Shell Square
        701 Poydras Street, Suite 5000
        New Orleans, Louisiana  70139-5099
        Telephone:  (504) 581-7979
        Facsimile:  (504) 556-4108

        and

        Of Counsel:

        Richard C. Godfrey, P.C.
        John T. Hickey Jr., P.C.
        J. Andrew Langan, P.C.
        Matthew T. Regan, P.C.
        Wendy L. Bloom, P.C.
        Hariklia Karis, P.C.
        Kirkland & Ellis LLP
        300 North LaSalle Street
        Chicago, IL  60654
        312-862-2000 (Tel)
        312-862-2200 (Fax)

        ***Attorneys for BP Exploration & Production Inc.***
        ***and BP America Production Company***

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on May 21, 2010, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.  I also certify that I have mailed this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

                                                  /s/ Don K. Haycraft

                                                  Don K. Haycraft