UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BARISICH, ET AL.                                             CIVIL ACTION

VERSUS                                                       NO. 10-1324

BP, PLC, ET AL.                                              SECTION "J"(1)

### PLAINTIFFS' MOTION TO COMPEL
### COMPLIANCE WITH SUBPOENA DUCES TECUM

For the reasons outlined in the attached Memorandum in Support, Plaintiffs move this court for an order pursuant to Federal Rule of Civil Procedure 45(b) that compels BP America Production Company and BP Exploration and Production, Inc. to produce the documents requested in the subpoena duces tecum served on the Defendants on May 14, 2010.

Respectfully submitted,

/s/James M. Garner
**JAMES M. GARNER (# 19589)**
**TIMOTHY B. FRANCIS (# 14973)**
**JOSHUA S. FORCE (# 21975)**
**SHARONDA R. WILLIAMS (# 28809)**
**EMMA ELIZABETH ANTIN DASCHBACH (#27358)**
Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033
Telephone:   (504) 299-2100
Facsimile:    (504) 299-2300

**GLADSTONE N. JONES, III (# 22221)**
**EBERHARD D. GARRISON (# 22058)**
**KEVIN E. HUDDELL (# 26930)**
**H.S. BARTLETT III (# 26795)**
**JACQUELINE A. STUMP (# 31981)**

Jones, Swanson, Huddell & Garrison, L.L.C.
Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, LA 70130
Telephone:   (504) 523-2500
Facsimile:   (504) 523-2508

**STUART H. SMITH (# 17805)**
**MICHAEL G. STAG (# 23314)**
Smith Stag, L.L.C.
365 Canal Street, Suite 2850
New Orleans, LA 70130
Telephone:   (504) 593-9600
Facsimile:   (504) 593-9601

**VAL PATRICK EXNICIOS (#19563)**
Liska, Exnicios & Nungesser
One Canal Place 22nd Floor
365 Canal Street, Ste. 2290
New Orleans, LA. 70130
Telephone:   (504) 410-9611
Facsimile:   (504) 410-9937

**THOMAS E. BILEK (TX Bar # 02313525)**
**KELLY COX BILEK (TX Bar # 00786286)**
The Bilek Law Firm, L.L.P.
808 Travis, Suite 802
Houston, Texas 77002
Telephone:   (713) 227-7720
Facsimile:   (713) 227-9404

**FREDERICK T. KUYKENDALL III**
(Ala. Bar # ASB-4462-A59F)
Kuykendall & Associates, LLC
P.O. Box 2129
Fairhope, Alabama 36533
Telephone:   (205) 453-0060
Facsimile:   (205) 453-0042

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/James M. Garner
James M. Garner