UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GEORGE BARISICH, individually and** | * | CIVIL ACTION |
| on behalf of all others similarly situated, and | * | |
| **UNITED COMMERCIAL FISHERMAN'S** | * | NO. 10-CV-01324 |
| **ASSOCIATION, INC.,** individually and | * | |
| on behalf of all others similarly | * | SECTION "J" |
| situated, | * | JUDGE BARBIER |
| | * | |
| Plaintiffs, | * | MAGISTRATE NO. 1 |
| | * | MAG. JUDGE SHUSHAN |
| versus | * | |
| | * | |
| **BP, PLC, BP AMERICAN PRODUCTION** | * | |
| **COMPANY; BP EXPLORATION &** | * | |
| **PRODUCTION, INC., TRANSOCEAN, LTD.,** | * | |
| **TRANSOCEAN HOLDINGS, INC.;** | * | |
| **TRANSOCEAN OFFSHORE DEEPWATER** | * | |
| **DRILLING, INC., TRANSOCEAN** | * | |
| **DEEPWATER, INC., ANADARKO E&P** | * | |
| **COMPANY, LP, ANADARKO** | * | |
| **PETROLEUM CORPORATION; MOEX** | * | |
| **OFFSHORE 2007 LLC; CAMERON** | * | |
| **INTERNATIONAL CORPORATION,** | * | |
| **HALLIBURTON ENERGY SERVICES,** | * | |
| **INC., AND HALLIBURTON COMPANY,** | * | |
| | * | |
| Defendants. | * | |
| ****************************************** | * | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendants, Halliburton Energy Services, Inc. ("HESI") and Halliburton Company ("Halliburton"), will bring for hearing the attached Motion to Quash

before the Honorable Sally Shushan, United States Magistrate Judge for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, on June 9, 2010, at 9:00 a.m., or as soon thereafter as counsel may be heard.

Respectfully Submitted,

**GODWIN RONQUILLO PC**

**By:** /s/ Donald E. Godwin
Donald E. Godwin, T.A. *pending pro hac vice admission*
dgodwin@godwinronquillo.com
Bruce W. Bowman, Jr.
bbowman@godwinronquillo.com
Jenny L. Martinez
jmartinez@godwinronquillo.com

1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
Telephone: 214.939.4400
Facsimile: 214.760.7332

and

R. Alan York
ayork@godwinronquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  713.595.8300
Facsimile:  713.425.7594

and

 /s/   Katharine R. Colletta
Katharine R. Colletta, #27552
Daniel A. Tadros, #21906
Derek A. Walker, #13175
Alan R. Davis, #31694
Adelaida J. Ferchmin, #29859
**CHAFFE McCALL L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: 504.585.7000
Facsimile: 504.585.7075

**ATTORNEYS FOR DEFENDANTS
 HALLIBURTON ENERGY SERVICES, INC.
AND HALLIBURTON COMPANY**

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; that notice of the filing of the foregoing has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification; and that a copy of the foregoing has been delivered either by facsimile, by hand delivery, or by placing same in the U.S. Mail, properly addressed and postage prepaid, to all counsel of record who are not registered to receive notice electronically, on this 24th day of May, 2010.

        /s/ Katharine R. Colletta
        Katharine R. Colletta