UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARISICH, ET AL. | CIVIL ACTION |
| VERSUS | NO. 10-1324 |
| BP, PLC, ET AL. | SECTION "J"(1) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that counsel for Plaintiffs will bring on for hearing the attached Motion to Compel Defendant's Response to Subpoenas before the Honorable Judge Sally Shushan, at the United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, on June 9, 2010 at 9:00 a.m.

/s/James M. Garner
**JAMES M. GARNER (# 19589)**
**TIMOTHY B. FRANCIS (# 14973)**
**JOSHUA S. FORCE (# 21975)**
**SHARONDA R. WILLIAMS (# 28809)**
**EMMA ELIZABETH ANTIN DASCHBACH (#27358)**
Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033
Telephone:   (504) 299-2100
Facsimile:   (504) 299-2300

**GLADSTONE N. JONES, III (# 22221)**
**EBERHARD D. GARRISON (# 22058)**
**KEVIN E. HUDDELL (# 26930)**
**H.S. BARTLETT III (# 26795)**
**JACQUELINE A. STUMP (# 31981)**
Jones, Swanson, Huddell & Garrison, L.L.C.
Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, LA 70130
Telephone:     (504) 523-2500
Facsimile:     (504) 523-2508

**STUART H. SMITH (# 17805)**
**MICHAEL G. STAG (# 23314)**
Smith Stag, L.L.C.
365 Canal Street, Suite 2850
New Orleans, LA 70130
Telephone:     (504) 593-9600
Facsimile:     (504) 593-9601


**VAL PATRICK EXNICIOS (#19563)**
Liska, Exnicios & Nungesser
One Canal Place 22nd Floor
365 Canal Street, Ste. 2290
New Orleans, LA. 70130
Telephone:     (504) 410-9611
Facsimile:     (504) 410-9937

**THOMAS E. BILEK (TX Bar # 02313525)**
**KELLY COX BILEK (TX Bar # 00786286)**
The Bilek Law Firm, L.L.P.
808 Travis, Suite 802
Houston, Texas 77002
Telephone:     (713) 227-7720
Facsimile:     (713) 227-9404

**FREDERICK T. KUYKENDALL III**
(Ala. Bar # ASB-4462-A59F)
Kuykendall & Associates, LLC
P.O. Box 2129
Fairhope, Alabama 36533
Telephone:     (205) 453-0060
Facsimile:     (205) 453-0042

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/James M. Garner*
**James M. Garner**