UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BARISICH, ET AL.                                           CIVIL ACTION

VERSUS                                                     NO. 10-1324

BP, PLC, ET AL.                                            SECTION "J"(1)

**ORDER**

Considering Plaintiffs' Ex Parte Motion for Expedited Consideration of the motions regarding the subpoenas served on Halliburton,

**IT IS ORDERED** that the hearing date on Haliburton's Motion to Quash (Rec. Doc. 60) and Plaintiffs' Motion to Compel (Rec. Doc. 63) is **RESET** from Wednesday, June 9, 2010 to Thursday, May 27, 2010 before this Court and after the special master hearing that is already set in these proceedings.

This  25th  day of May, 2010 in New Orleans, Louisiana.

_____
United States District Judge