UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GEORGE BARISICH ET AL | CIVIL ACTION |
| VERSUS | NO:10-1324 |
| BP PLC ET AL | SECTION: "J"(1) |

**ORDER**

Considering the Motions to Stay (Rec. D. 6, 18 & 26),

**IT IS ORDERED** that the Motions are set for hearing on **Friday June 4, 2010 at 9:30am** with **ORAL ARGUMENT**. Any opposition to these motions is due by **Thursday June 3, 2010 at noon.**

New Orleans, Louisiana, this the 1st day of June 2010.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE