UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

GEORGE BARISICH, et al.,                           * CIVIL ACTION NO. 10-1324
                           Plaintiffs,          *
                                        * SECTION "J"
VERSUS                                             *
                                        * DIVISION "1"
BP, P.L.C.; et al.,                                *
                        Defendants.          * JUDGE CARL BARBIER
                                        *
                                        * MAGISTRATE SALLY SHUSHAN

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

### REQUEST FOR ORAL ARGUMENT

        Cameron International Corporation, pursuant to Local Rule 78.1E, respectfully requests oral argument on its Motion to Stay Pending Transfer By The Judicial Panel For Multi District Litigation.

Oral argument will clarify the issues of fact and law and assist the Court in making a correct disposition of the motion.

Respectfully submitted,

/s/ Phillip A. Wittmann
Phillip A. Wittmann, 13625
    pwittmann@stonepigman.com
Carmelite S. Bertaut, 3054
    cbertaut@stonepigman.com
Keith B. Hall, 24444
    khall@stonepigman.com
Jared Davidson, 32419
    jdavidson@stonepigman.com
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361


David J. Beck, T.A.
    dbeck@brsfirm.com
Joe W. Redden, Jr.
    jredden@brsfirm.com
David W. Jones
    djones@brsfirm.com
Geoffrey Gannaway
    ggannaway@brsfirm.com
Beck, Redden & Secrest, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX 77010
Phone: (713) 951-3700
Fax: (713) 951-3720

2

Howard L. Murphy, 9844
  *hmurphy@dkslaw.com*
Bertrand M. Cass, Jr., 3984
  *bcass@dkslaw.com*
Francis J. Barry, Jr., 2830
  *fbarry@dkslaw.com*
Jonathan M. Walsh, 25922
  *jwalsh@dks.com*
Paul D. Hale, 30539
  *phale@dkslaw.com*
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, Louisiana 70130
Phone: 504-581-5141
Fax: 504-566-4039

*Attorneys for Cameron International Corporation*


## C E R T I F I C A T E

I hereby certify that on June 1, 2010 a copy of the foregoing Request for Oral Argument on its Motion to Stay Pending Transfer By The Judicial Panel For Multi District Litigation was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.


*/s/ Phillip A. Wittmann*

3

1018317v.1